■ In the Matter of DANIEL K. ETTINGER, an Attorney.— Respondent is directed to show cause before the Departmental Disciplinary Committee, which shall thereupon hold a hearing and issue a report and recommendation to this court, why a final order of censure, suspension or disbarment should not be made. Concur—Carro, J. P., Asch, Ellerin, Wallach and Rubin, JJ.